FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

————————————————

Case No. 5D23-2795
LT Case No. 2022-CF-004580-A

————————————————

ENRIQUE CARRANZA,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

————————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Enrique Carranza, Crawfordville, pro se.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.

December 21, 2023

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 19, 2023 judgment and sentence rendered in Case No. 2022-CF-004580-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____